UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 109 |
| v. | ) | |
| | ) | Violations: Title 18, United |
| | ) | States Code, Sections |
| | ) | 922(g)(1) and 924(e), and |
| | ) | Title 21, United States Code |
| RALPH GARCIA | ) | Section 841(a)(1) |

JUDGE DOW

MAGISTRATE JUDGE GILBERT

## COUNT ONE

The SPECIAL JANUARY 2015 GRAND JURY charges:

On or about November 24, 2014, at Joliet, in the Northern District of Illinois, Eastern Division,

RALPH GARCIA

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

FILED

MAR 2 4 2016

MAR 24, 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1

## COUNT TWO

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about December 15, 2014, at Joliet, in the Northern District of Illinois, Eastern Division,

RALPH GARCIA

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about January 23, 2015, at Joliet, in the Northern District of Illinois, Eastern Division,

RALPH GARCIA

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Taurus Revolver, model 856, .38 caliber, bearing serial number DW62612, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1) and 924(e).

## COUNT FOUR

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about January 23, 2015, at Joliet, in the Northern District of Illinois, Eastern Division,

RALPH GARCIA

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON