**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 16 CR 109 |
| *v*., | Judge Robert M. Dow |
| RALPH GARCIA | |

**AMENDED NOTICE OF MOTION**

TO: AUSA Timothy Storino
AUSA Cornelius Vandenberg
AUSA William Dunne
United States' Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on March 5, 2019 at 10:00 a.m., I shall appear before the Honorable Judge Robert Dow, in his Courtroom, 2303, or any other Courtroom he may be occupying that day, in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois and shall present the attached Motion the Disclosure of Impeaching Evidence.

                                        Respectfully submitted,

                                        s/ John C. Legutki

John C. Legutki
53 West Jackson Boulevard, Suite 920
Chicago, Illinois 60604
312 939-8747  FAX 312 939-0054

**CERTIFICATE OF SERVICE**

I, John C. Legutki, an attorney, state that on, Wednesday, February 27, 2019, I will cause a copy of the above Notice and attached Motion to be delivered to the above-referenced attorneys by electronic filing.

                                        s/John C. Legutki