FILED

MAR 06 2019

Judge Robert M. Dow, Jr.
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 16 CR 109 |
| v. | ) |
| | ) Honorable Robert M. Dow, Jr. |
| RALPH GARCIA | ) |

**ORDER**

This matter coming on to be heard on the petition of the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, for an Order instructing Jose Munoz to testify and produce evidence before this Court, having indicated that in the appearance of Mr. Munoz in the proceedings before this Court, he will assert his privilege against self-incrimination; and this Court having considered said petition of the United States Attorney and the letter approving the application to this Court from the Assistant Attorney General of the Criminal Division, United States Department of Justice, attached to said petition:

IT IS HEREBY ORDERED that Jose Munoz shall not be excused from testifying and giving evidence in the proceedings before this Court on the ground that the testimony and evidence required of him may tend to incriminate him, and that Jose Munoz shall appear before this Court and testify and provide evidence without further asserting there his privilege against self-incrimination, and

IT IS FURTHER ORDERED that no testimony or evidence provided by the witness, Jose Munoz, compelled under this Order (or any information directly or indirectly derived from such testimony and evidence) may be used against him in any criminal case, except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order, in accordance with the provisions of Section 6002, Title 18, United States Code.

ENTER:

_____
ROBERT M. DOW, JR.
District Judge
United States District Court

Dated at Chicago, Illinois
this ~~4th~~ day of March, 2019
6th