UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RALPH GARCIA | No. 16 CR 109<br><br>Judge Robert M. Dow, Jr. |

## STATUS REPORT

The UNITED STATES OF AMERICA, through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully files the instant status report, as directed by the Court:

This matter is set for a sentencing hearing on August 31, 2020, at 10:30 a.m., and the parties are prepared to proceed on that date.

                                        Respectfully submitted,

                                        JOHN R. LAUSCH, JR.
                                        United States Attorney

By: */s/Timothy J. Storino*
      TIMOTHY J. STORINO
      Assistant United States Attorney
      219 South Dearborn St., Fifth Floor
      Chicago, Illinois 60604
      (312) 353-5347

Dated: June 9, 2020