IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*vs*.,<br><br>RALPH GARCIA | No.  16 CR 109<br>Judge Robert M. Dow |

## NOTICE OF APPEAL

Notice is hereby given that Ralph Garcia, the above-named defendant, hereby appeals to the United States Court of Appeals for the Seventh Circuit. The sentencing was conducted before the District Court on November 17, 2020 and the Judgement Order was entered on December 1, 2020.

Dated: Tuesday, December 1, 2020

Respectfully submitted,

s/John C. Legutki
Attorney for Ralph Garcia

John C. Legutki
53 W. Jackson Blvd.
Suite 920
Chicago, Illinois  60604

Phone:       (312) 939-8747
Fax:            (312) 939-0054

jlegutki@outlook.com